No. 976. THE EAGLE WHITE LEAD COMPANY, PETITIONER, *v.* ALBERT PFLUGH ET AL. April 17, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. William H. Singleton* and *Mr. Charles E. Riordon* for the petitioner. *Mr. Clifton V. Edwards* and *Mr. Robert Watson* for the respondent.

No. 983. METROPOLITAN WATER COMPANY OF WEST VIRGINIA, PETITIONER, *v.* THE KAW VALLEY DRAINAGE DISTRICT OF WYANDOTTE COUNTY, KANSAS, ET AL. April 17, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. C. F. Hutchings, Mr. Willard P. Hall* and *Mr. O. L. Miller* for the petitioner. No appearance for the respondents.

No. 986. JOHN H. WIKLE, AS TRUSTEE, ETC., PETITIONER, *v.* MRS. M. C. JONES ET AL. April 17, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. T. Norris* for the petitioner. *Mr. Barry Wright* for the respondents.

No. 991. EGBERT H. GOLD, PETITIONER, *v.* WILLIAM P. COSPER ET AL.; and No. 992. EGBERT H. GOLD, PETITIONER, *v.* WILLIAM P. COSPER. April 17, 1911. Petitions for writs of certiorari and writs of error to the Court of Appeals of the District of Columbia denied. *Mr. Otto Raymond Barnett* for the petitioner. *Mr. Charles Neave* for the respondent.